**MICHAEL MEE, ESQ.**
Nevada Bar No. 13726
400 S 4th St #500
Las Vegas, NV 89101
(702) 990-0190
mmee@defenselawyervegas.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REGINA MCINTYRE, an individual, and REGINA MCINTYRE, acting on behalf of THE ESTATE OF JAMES CHATIEN, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, THE STATE OF NEVADA, CLARK COUNTY SHERIFF'S OFFICE, CLARK COUNTY DETENTION CENTER, THE CITY OF LAS VEGAS, Individual DOES 1 Through 10, Corporate DOES 1 Through 10,<br><br>Defendants. | Case No.: 2:24-cv-01953-APG-EJY<br><br>**(FIRST) STIPULATION AND ORDER TO CONTINUE DEADLINE TO RESPOND TO DEFENDANT LAS VEGAS METROPOLITAN POLICE DEPARTMENT'S MOTION TO DISMISS (ECF 11)** |

**Certificate:** This Stipulation is Timely Filed.

COMES NOW, Plaintiffs, by and through attorney of record, MICHAEL MEE, ESQ, and the Defendants Las Vegas Metropolitan Police Department, by and through LYSSA S. ANDERSON, ESQ., who jointly hereby submit the following Stipulation to Extend Time for Plaintiff's Deadline to file a Response to Defendant's Motion to Dismiss (ECF 11).

The basis for this request is as follows:

1

1) No previous extension has been requested or granted.

2) Counsel for Plaintiffs sought additional time to respond, and counsel for movant agreed to said request. Counsel for Plaintiffs seeks additional time as Counsel was working on an Appellate Brief which was due one day before the deadline in this matter, in the case of Laron Davis v. State of Nevada, Supreme Court of Nevada.

3) The parties thus request that this Stipulation be approved and that an order be issued continuing formally extend time for an Opposition to be filed to said Motion through **February 19, 2025.**

DATED this 12th day of February, 2025.          DATED this 12th day of February, 2025.

**/s/ Michael Mee, Esq.**                                     **/s/ Lyssa S. Anderson, Esq.**
MICHAEL MEE, ESQ.                                      LYSSA S. ANDERSON, ESQ.
Nevada Bar Number 13726                              Counsel for Defendant Las Vegas
Counsel for Plaintiffs                                         Metropolitan Police Department

### ORDER

IT IS HEREBY ORDERED that the Parties' Stipulation to Extend Time for the Filing of a Response to Motion to Dismiss (ECF 11) is HEREBY GRANTED and Plaintiffs shall have through **February 19, 2025,** to file an Opposition.

DATED this  12th day of February, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

2