**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REGINA MCINTIRE, individually and on behalf of the ESTATE OF MAES CHATIEN,<br><br>Plaintiffs<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, et al.,<br><br>Defendants | Case No.: 2:24-cv-001953-APG-EJY<br><br>**Order Dismissing Defendant City of Las Vegas** |

The plaintiffs have advised the court that they have no objection to the dismissal of defendant City of Las Vegas. ECF No. 18 at 2. I treat this as a voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1).

I THEREFORE ORDER that the plaintiffs' claims against defendant City of Las Vegas are voluntarily dismissed without prejudice.

DATED this 4th day of March, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE