LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:              (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REGINA MCINTYRE, individually, and REGINA MCINTYRE, acting on behalf of the Estate of James Chatien,<br><br>             Plaintiffs,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; STATE OF NEVADA; CLARK COUNTY SHERIFF'S OFFICE; CLARK COUNTY DETENTION CENTER; CITY OF LAS VEGAS; and DOES 1 through 10, Corporate DOES 1 through 10,<br><br>             Defendants. | Case No.:   2:24:cv-01953-APG-EJY<br><br>**STIPULATION TO EXTEND DISCOVERY**<br>**(First Request)** |

IT IS HEREBY STIPULATED AND AGREED between the parties that the discovery cut-off date of July 28, 2025, be continued for a period of ninety days up to and including **Monday, October 27, 2025**, for the purpose of allowing the parties to propound and respond to written discovery; to allow experts time to review voluminous materials and prepare their expert

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.324

Page 1 of 5

reports; to serve third-party subpoenas; and to take the depositions of Plaintiff and Rule 30(b)(6) witnesses.

## I. DISCOVERY COMPLETED TO DATE

LVMPD provided its Initial Rule 26 Disclosures to Plaintiff which included nearly three-thousand (3000) pages. Plaintiff has not yet provided her Rule 26 Disclosures.

## II. DISCOVERY YET TO BE COMPLETED

LVMPD is currently researching and reviewing additional materials and will make supplemental Rule 26 Disclosures and propound written discovery (Interrogatories, Requests for Admissions and Requests for Production of Documents) on Plaintiff. Plaintiff will make her Initial Rule 26 Disclosures and likewise, serve written discovery on LVMPD. The parties will respond to written discovery. Additional information and documents will be provided to experts to review. Experts will finish preparing draft reports and timely expert disclosures will be made. The parties will coordinate and conduct the deposition of Plaintiff and Rule 30(b)(6) witnesses. Any necessary third-party subpoenas or additional written discovery will be served.

## III. REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The Parties submit this Stipulation to Extend Discovery (first request) is being made in advance of the current discovery deadlines. Accordingly, a standard of "good cause" governs. D. Nev. Local Rule 26-3. Good cause "primarily considers the diligence" of the parties seeking the extension. *Johnson v. Mammoth Recreations*, Inc., 975 F.2d 604, 609 (9th Cir. 1992) (explaining that "[t]he district court may modify the pretrial schedule if it cannot reasonably be met despite the diligence of the party seeking the extension.") (internal quotations omitted). "Motions for extension must include a statement specifying the discovery completed, a description of discovery remaining, the reasons why the deadline was not satisfied, and a proposed schedule for

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.324

Page 2 of 5

completing remaining discovery." *Hampton v. Nevada*, No. 2:20-cv-00578-APG-DJA, 2021 WL 3573640, at *2 (D. Nev. July 29, 2021).

The claims in this matter surround the death of a former CCDC inmate by another CCDC inmate. The information related to the claims is highly sensitive given it involves a death and a charge for Open Murder. Moreover, the information relates to CCDC operations, the institutional and mental health history of both inmates and the numerous investigations of the death by LVMPD. It has taken considerable time to review the mass amount of materials related the claims; and in fact, materials continue to be reviewed and will continue to be disclosed. In addition, experts will need more time to review the materials and formulate their reports.

Although the parties have been diligent in conducting discovery, more time is needed based upon the claims in this matter and the information surrounding the claims. The parties submit that these reasons satisfy the applicable good cause standard imposed by Local Rule 26-3 for an extension of the current discovery deadlines.

**IV.   PROPOSED EXTENDED DEADLINES**

The parties respectfully request this Court enter an order as follows:

| Deadline | Current Date | ~~Proposed~~ New Date |
|---|---|---|
| Discovery Cut Off | July 28, 2025 | October 27, 2025 |
| Disclosure of Experts | May 29, 2025 | August 28, 2025 |
| Disclosure of Rebuttal Experts | June 30, 2025 | September 29, 2025 |
| Dispositive Motion Deadline: | August 27, 2025 | November 26, 2025 |
| Pre-Trial Order | September 26, 2025 | December 26, 2025 |

**(A)   Motions in Limine/*Daubert* Motions.**

Under LR 16-3(b), any motions in limine, including *Daubert* motions, shall be filed and

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.324

Page 3 of 5

served 30 days prior to the commencement of Trial. Oppositions shall be filed and served 14 days thereafter. Reply briefs will be allowed only with leave of the Court.

**(B)    Pretrial Order.**

Pursuant to LR 26(1)(e)(5), the Joint Pretrial Order shall be filed with this Court no later than thirty days after the date set for filing dispositive motions, unless dispositive motions are filed, in which case the date for filing the Joint Pretrial Order shall be suspended until 30 days after the decision on the dispositive motions or further order of this Court. The disclosures required by FRCP 26(a)(3) and any objections shall be included in the final pretrial order.

**(C)    Extensions or Modification of the Discovery Plan and Scheduling Order.**

In accordance with LR 26-3, applications to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. All motions or stipulations to extend a deadline set forth in a discovery plan shall be received by the Court not later than 21 days before the expiration of the subject deadline. A request made after the expiration of the subject deadline shall not be granted unless the movant demonstrates that the failure to set was the result of excusable neglect. Any motion or stipulation to extend a deadline or to reopen discovery shall include:

(a)    A statement specifying the discovery completed;

(b)    A specific description of the discovery that remains to be completed;

(c)    The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan; and

(d)    A proposed scheduled for completing all discovery.

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.324

Page 4 of 5

The parties submit that good cause exists for an extension of the discovery deadlines. Discovery just recently commenced in this matter. The parties have acted in good faith and are will continue to conduct discovery in an expeditious manner. Because of the nature of the case and claims, it has taken considerable time and resources to gather and assemble materials and information relevant to the claims and defenses in this matter. This brief delay will not impede this matter and, in fact, will assist all parties to complete all necessary discovery. No Trial has been set and dispositive motions have not been filed.

IT IS SO STIPULATED this 7th day of May, 2025.

KAEMPFER CROWELL

By: /s/ Lyssa S. Anderson
LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

*Attorneys for Defendant Las Vegas Metropolitan Police Department*

By: /s/ Michael Mee
MICHAEL MEE
Nevada Bar No. 13726
400 S. 4th Street
Las Vegas NV 89101

*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 7, 2025

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.324

Page 5 of 5