**MICHAEL MEE, ESQ.**
Nevada Bar No. 13726
400 S 4th St #500
Las Vegas, NV 89101
(702) 990-0190
mmee@defenselawyervegas.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REGINA MCINTYRE, an individual, and REGINA MCINTYRE, acting on behalf of THE ESTATE OF JAMES CHATIEN, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, THE STATE OF NEVADA, CLARK COUNTY SHERIFF'S OFFICE, CLARK COUNTY DETENTION CENTER, THE CITY OF LAS VEGAS, Individual DOES 1 Through 10, Corporate DOES 1 Through 10,<br><br>Defendants. | Case No.: 2:24-cv-01953-APG-EJY<br><br><br><br>**STIPULATION TO EXTEND PLAINTIFFS' TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS (ECF No. 32)** |

PLAINTIFFS, by and through counsel MICHAEL MEE, ESQ, and the Defendant LAS VEGAS METROPOLITAN POLICE DEPARTMENT ("LVMPD"), by and through counsel of record, hereby submit the following Stipulation to Extend Deadline for Plaintiff's Opposition to Motion to Dismiss (ECF No. 32).

The basis for this request is as follows:

1) Counsel for Plaintiffs requires additional time to confer with his client and to

1

adequately respond to the pending Motion to Dismiss given the legal issues raised and time required for additional legal research.

2) Counsel for Plaintiff's requested this extension of time via email on October 17, 2025, requesting an additional one week to October 24, 2025, to which counsel for Defendant LVMPD agreed to stipulate.

3) The parties thus request that this Stipulation be approved and that an order be issued continuing formally extend time for an Opposition to be filed to said Motion through **October 24, 2025.**

DATED this 17th day of October, 2025.    DATED this 17th day of October, 2025

**/s/ Michael Mee, Esq.**
MICHAEL MEE, ESQ.                **/s/ Lyssa S. Anderson, Esq.**
Nevada Bar Number 13726          Lyssa S. Anderson, Esq.
Counsel for Plaintiff            Kaempfer Crowell
                                 1980 Festival Plaza Drive, Suite 650
                                 Las Vegas, NV 89135-2958
                                 Counsel for Defendant Las Vegas
                                 Metropolitan Police Department

## ORDER

IT IS HEREBY ORDERED that the Parties' Stipulation to Extend Time for the Filing of an Opposition to Motion to Dismiss (ECF No. 32) is GRANTED and Plaintiff shall have through **October 24, 2025** to file an Opposition.

DATED this 20th day of October, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE