```
 1  LYSSA S. ANDERSON
    Nevada Bar No. 5781
 2  KRISTOPHER J. KALKOWSKI
    Nevada Bar No. 14892
 3  TRAVIS C. STUDDARD
    Nevada Bar No. 16454
 4  KAEMPFER CROWELL
    1980 Festival Plaza Drive, Suite 650
 5  Las Vegas, Nevada 89135
    Telephone:  (702) 792-7000
 6  Fax:         (702) 796-7181
    landerson@kcnvlaw.com
 7  kkalkowski@kcnvlaw.com
    tstuddard@kcnvlaw.com
 8
    Attorneys for Defendant
 9  Las Vegas Metropolitan Police Department
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| REGINA MCINTYRE, individually, and REGINA MCINTYRE, acting on behalf of the Estate of James Chatien,<br><br>                    Plaintiffs,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; STATE OF NEVADA; CLARK COUNTY SHERIFF'S OFFICE; CLARK COUNTY DETENTION CENTER; CITY OF LAS VEGAS; and DOES 1 through 10, Corporate DOES 1 through 10,<br><br>                    Defendants. | Case No.:   2:24:cv-01953-APG-EJY<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE REPLY**<br>**[ECF No. 32]**<br><br>*First Request* |

IT IS HEREBY STIPULATED AND AGREED between the parties to extend Las Vegas Metropolitan Police Department's ("LVMPD") deadline to file a Reply in support of the Motion to Dismiss, (ECF No. 32), by seven days.  The current deadline is October 31, 2025, which is a Nevada state holiday and Counsel's Office will be closed.  The extended deadline will be

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.324

Page 1 of 2

November 7, 2025.

    This stipulation arises under Local Rule IA 6-1, which imposes a good cause requirement to extend a deadline before it expires. This stipulation is the first request to extend the Reply deadline, and it is necessary to allow the LVMPD additional time to prepare and file the Reply. The parties stipulate and agree that this reason constitutes good cause to extend the Reply deadline, and that this request is not for purposes of delay.

    IT IS SO STIPULATED this 28th day of October, 2025.

KAEMPFER CROWELL

By:   /s/ Lyssa S. Anderson
    LYSSA S. ANDERSON
    Nevada Bar No. 5781
    KRISTOPHER J. KALKOWSKI
    Nevada Bar No. 14892
    TRAVIS C. STUDDARD
    Nevada Bar No. 16454
    1980 Festival Plaza Drive
    Suite 650
    Las Vegas, Nevada 89135
    *Attorneys for LVMPD Defendants*

By:   /s/ Michael Mee
    MICHAEL MEE
    Nevada Bar No. 13726
    400 S. 4th Street
    Las Vegas NV 89101
    *Attorney for Plaintiff*

**ORDER**

    IT IS SO ORDERED.

    Dated this 28th day of October, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.324

Page 2 of 2