LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Fax: (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for Defendant*
*Las Vegas Metropolitan Police Department*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| REGINA MCINTYRE, individually, and REGINA MCINTYRE, acting on behalf of the Estate of James Chatien,<br><br>Plaintiffs,<br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; STATE OF NEVADA; CLARK COUNTY SHERIFF'S OFFICE; CLARK COUNTY DETENTION CENTER; CITY OF LAS VEGAS; and DOES 1 through 10, Corporate DOES 1 through 10,<br><br>Defendants. | Case No.: 2:24:cv-01953-APG-EJY<br><br>**STIPULATION TO EXTEND DISCOVERY**<br>**(Third Request)** |

IT IS HEREBY STIPULATED AND AGREED between the parties that the discovery cut-off date of January 26, 2026, be continued for a period of sixty days up to and including **Friday March 27, 2026**, for the purpose of the parties being able to determine the scope of discovery in this matter following a ruling on LVMPD's pending Motion to Dismiss, for Plaintiff

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.324

Page 1 of 5

to respond to written discovery, for the parties to take depositions and to allow disclosure of expert and rebuttal expert reports.

I.  **DISCOVERY COMPLETED TO DATE**

LVMPD provided its Initial Rule 26 Disclosures to Plaintiff which included nearly three-thousand (3000) pages. Plaintiff has not yet provided her Rule 26 Disclosures. LVMPD served Requests for Production of Documents and Interrogatories on Plaintiff which responses are due December 13, 2025.

II.  **DISCOVERY YET TO BE COMPLETED**

LVMPD will be providing supplemental Rule 26 Disclosures to Plaintiff. LVMPD is currently reviewing additional materials for the supplemental disclosure. Plaintiff will make her Initial Rule 26 Disclosures and likewise, serve written discovery on LVMPD. Plaintiff will respond to the written discovery served on December 13, 2025, and additional written discovery may be necessary. Additional information and documents will be provided to experts to review. Experts will finish preparing draft reports and timely expert disclosures will be made. The parties will coordinate and conduct the deposition of Plaintiff and Rule 30(b)(6) witnesses. Any necessary third-party subpoenas will be made. In the event the pending Motion to Dismiss is granted but giving Plaintiff leave to amend her Complaint, the parties will be able to efficiently proceed with conducting further discovery in this matter.

III.  **REASONS WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED**

A standard of "good cause" governs this request because the to-be-extend deadlines have not yet expired. D. Nev. Local Rule 26-3. Good cause "primarily considers the diligence" of the parties seeking the extension. *Johnson v. Mammoth Recreations*, Inc., 975 F.2d 604, 609 (9th Cir. 1992) (explaining that "[t]he district court may modify the pretrial schedule if it cannot reasonably be met despite the diligence of the party seeking the extension.") (internal quotations

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.324

Page 2 of 5

omitted). "Motions for extension must include a statement specifying the discovery completed, a description of discovery remaining, the reasons why the deadline was not satisfied, and a proposed schedule for completing remaining discovery." *Hampton v. Nevada*, No. 2:20-cv-00578-APG-DJA, 2021 WL 3573640, at *2 (D. Nev. July 29, 2021).

On October 3, 2025, LVMPD filed a Motion to Dismiss in response to the First Amended Complaint which seeks dismissal of claims on the basis that certain claims are improper and redundant. The Motion is fully briefed and pending. The Court's resolution of this Motion will impact the scope of discovery and, thus, supports good cause to extend discovery at this time while waiting for a decision.

Further, the expansive claims in this case require additional time for discovery. The claims surround the death of a former CCDC inmate by another CCDC inmate. The incident was investigated on various fronts by LVMPD, and any non-privileged materials will be disclosed. It has taken and will continue to take considerable time and resources to gather and assemble materials and information relevant to the claims and defenses in this matter—as it has to date with LVMPD Defendants' compilation and prior disclosure of roughly 3,000 pages.

The parties submit that these reasons satisfy the applicable good cause standard imposed by Local Rule 26-3 for an extension of the current discovery deadlines.

## IV. PROPOSED EXTENDED DEADLINES

The parties respectfully request this Court enter an order as follows:

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Discovery Cut Off | January 26, 2026 | March 27, 2026 |
| Disclosure of Experts | December 1, 2026 | January 26, 2026 |
| Disclosure of Rebuttal Experts | December 30, 2025 | February 25, 2026 |

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.324

Page 3 of 5

| Deadline | Current Date | Proposed New Date |
|---|---|---|
| Dispositive Motion Deadline: | February 26, 2026 | April 27, 2026 |
| Pre-Trial Order | March 27, 2026 | May 27, 2026 |

**(A)   Motions in Limine/*Daubert* Motions.**

Under LR 16-3(b), any motions in limine, including *Daubert* motions, shall be filed and served 30 days prior to the commencement of Trial. Oppositions shall be filed and served 14 days thereafter. Reply briefs will be allowed only with leave of the Court.

**(B)   Pretrial Order.**

Pursuant to LR 26(1)(e)(5), the Joint Pretrial Order shall be filed with this Court no later than thirty days after the date set for filing dispositive motions, unless dispositive motions are filed, in which case the date for filing the Joint Pretrial Order shall be suspended until 30 days after the decision on the dispositive motions or further order of this Court. The disclosures required by FRCP 26(a)(3) and any objections shall be included in the final pretrial order.

**(C)   Extensions or Modification of the Discovery Plan and Scheduling Order.**

In accordance with LR 26-3, applications to extend any date set by the discovery plan, scheduling order, or other order must, in addition to satisfying the requirements of LR 6-1, be supported by a showing of good cause for the extension. All motions or stipulations to extend a deadline set forth in a discovery plan shall be received by the Court not later than 21 days before the expiration of the subject deadline. A request made after the expiration of the subject deadline shall not be granted unless the movant demonstrates that the failure to set was the result of excusable neglect. Any motion or stipulation to extend a deadline or to reopen discovery shall include:

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.324

Page 4 of 5

(a)  A statement specifying the discovery completed;

(b)  A specific description of the discovery that remains to be completed;

(c)  The reasons why the deadline was not satisfied or the remaining discovery was not completed within the time limits set by the discovery plan; and

(d)  A proposed scheduled for completing all discovery.

The parties submit that good cause exists for an extension of the discovery deadlines for the reasons stated above. The parties intend to conduct discovery in an expeditious manner following a ruling on the pending Motion. This delay will not impede this matter and, in fact, will allow the Court time to rule on the pending Motion to Dismiss and the parties to continue to conduct discovery in an effective and efficient manner. No Trial has been set and dispositive motions have not been filed.

IT IS SO STIPULATED this 25th day of November, 2025.

KAEMPFER CROWELL

By: /s/ Lyssa S. Anderson
LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135
*Attorneys for LVMPD Defendants*

By: /s/ Michael Mee
MICHAEL MEE
Nevada Bar No. 13726
400 S. 4th Street
Las Vegas NV 89101
*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED.

Dated this 25th day of November, 2025.

_____
UNITED STATES MAGISTRATE JUDGE

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

6943.324

Page 5 of 5