**MICHAEL MEE, ESQ.**
Nevada Bar No. 13726
400 S. 4th Street #300
Las Vegas NV 89101
702-990-0190
mmee@defenselawyervegas.com
Counsel for Appellant

*For Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| REGINA MCINTYRE, individually, and REGINA MCINTYRE, acting on behalf of the Estate of James Chatien, | Case No.:   2:24:cv-01953-APG-EJY |
| Plaintiffs, | **STIPULATION TO EXTEND TIME FOR OPPOSITION TO MOTION FOR SUMMARY JUDGMNET (46)** |
| vs. | |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, a political subdivision of the State of Nevada; STATE OF NEVADA; CLARK COUNTY SHERIFF'S OFFICE; CLARK COUNTY DETENTION CENTER; CITY OF LAS VEGAS; and DOES 1 through 10, Corporate DOES 1 through 10, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between the parties that Plaintiff's time to respond to the Defendant's Motion for Summary Judgment (ECF No. 46), be continued for a period of seven (7) including **Wednesday June 24, 2026**, for the filing of a response to the pending Motion.

IT IS SO STIPULATED this 18th day of June, 2026.

By:  */s/ Michael Mee, Esq.*
     MICHAEL MEE
     Nevada Bar No. 13726
     400 S. 4th Street
     Las Vegas NV 89101
     ***Attorney for Plaintiff***

By:  /s/ Lyssa S. Anderson, Esq.
     LYSSA S. ANDERSON
     Nevada Bar No. 5781
     KRISTOPHER J. KALKOWSKI
     Nevada Bar No. 14892

**ORDER**

IT IS SO ORDERED.

Dated this 22nd day of June, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE